RECEIVED

OCT 2 7 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| ONTARIO SAMUELS | CIVIL ACTION NO. 05-1062 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN DEVILLE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2). Plaintiff may assert a claim if and when he can meet the *Heck v. Humphrey* conditions.

MONROE, LOUISIANA this 27 day of October , 2005.

_____

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE